**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICE SU, et al.<br><br>Defendants. | Case No. 17-cv-07184-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants ALICE SU; ANDY SU; and QUYEN JANTZ (collectively, "Defendants") that this action be dismissed with prejudice with each side bearing her/their own attorneys' fees, costs, and litigation expenses. IT IS FURTHER STIPULATED and requested that the Court retain jurisdiction over enforcement of the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE IN FULL.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1

Respectfully submitted,

Dated: August 14, 2018                    /s/ Irakli Karbelashvili
                                          Irakli Karbelashvili, Attorney for
                                          Plaintiff RACHELLE RIDOLA


Dated: August 15, 2018                    /s/ G. Andrew Slater
                                          G. Andrew Slater, Attorney for
                                          Defendants ALICE SU, ANDY SU,
                                          QUYEN JANTZ

## **Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from Defendants' counsel in the filing of this document.

                                          /s/ Irakli Karbelashvili
                                          Irakli Karbelashvili

**ORDER**

Having reviewed the above stipulation, and good cause having been shown, IT IS HEREBY ORDERED that this action be dismissed with prejudice with each side bearing her/their own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

Dated: August 15, 2018



STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

3